# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED, <br><br> Plaintiffs and Counterclaim-Defendants, <br><br> v. <br><br> EXELON GENERATION CO. <br><br> Defendant and Counterclaim-Plaintiff. | Civil Action No. 1:20-cv-03983 <br> Civil Action No. 1:21-cv-05689 <br><br> Honorable Joan B. Gottschall <br> Magistrate Judge Heather K. McShain |

**NOTICE OF CHANGE OF NAME AND OF CORPORATE AFFILIATION**

Defendant and Counterclaim-Plaintiff gives notices that it has changed its name to Constellation Energy Generation, LLC. Additionally, as reflected in the Supplemental Disclosure Statement filed concurrently herewith, it is now a subsidiary of Constellation Energy Corporation, and it is no longer a subsidiary of Exelon Corporation.

Dated: February 11, 2022

/s/ Louis A. Klapp
Sondra A. Hemeryck
Rodney Perry
Louis A. Klapp
Rachel F. Sifuentes
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Phone: (312) 471-8700
Fax: (312) 471-8701
shemeryck@rshc-law.com
rperry@rshc-law.com
lklapp@rshc-law.com
rsifuentes@rshc-law.com

*Attorneys for Constellation Energy Generation, LLC f/k/a Exelon Generation Company, LLC*