IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED,<br><br>  Plaintiffs and Counterclaim Defendants,<br>    v.<br><br>EXELON GENERATION CO.<br><br>  Defendant and Counterclaim Plaintiff. | Civil Action No. 1:20-cv-03983<br>Civil Action No. 1:21-cv-05689<br><br>Honorable Joan B. Gottschall |

**JOINT MOTION TO RESTYLE CASE CAPTION**

  Plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited, and Defendant Constellation Energy Generation, LLC f/k/a Exelon Generation Company, LLC, respectfully move this Court to restyle the case caption to the following: *Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited v. Constellation Energy Generation, LLC.* In support of this motion, the parties state as follows:

  1. In February 2022, Defendant changed its name from Exelon Generation Company, LLC, to Constellation Energy Generation, LLC, and promptly notified the Court (Dkt. 84);

  2. In response to Defendant's notice, the Court invited any motions to substitute parties (Dkt. 86);

  3. The parties do not believe substitution is needed, as Defendant did not cease to exist;

  4. The parties nonetheless believe that the caption for this case should reflect Defendant's current name.

Therefore, the Parties respectfully move the Court to amend the case caption to reflect Defendant's new name.

Dated: February 28, 2022

Respectfully submitted,

/s/ Stephen Ankrom
Stephen Ankrom
Fritz Klantschi
James M. Gibson
Robert L. Powley
Thomas H. Curtin
Powley & Gibson P.C.
60 Hudson Street, Suite 2203
New York City, New York 10013
Phone: (212) 226-5054
smankrom@powleygibson.com
fklantschi@powleygibson.com
jmgibson@powleygibson.com
rlpowley@powleygibson.com
*thcurtin@powleygibson.com*


Binal J. Patel
Katherine L. Fink
Banner & Witcoff, Ltd.
71 S. Wacker Drive
Suite 3600
Chicago, IL 60606
(312) 463-5470
bpatel@bannerwitcoff.com
kfink@bannerwitcoff.com

*Attorneys for Plaintiffs and Counterclaim Defendants Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited*

/s/ Louis A. Klapp
Sondra A. Hemeryck
Rodney Perry
Louis A. Klapp
Rachel F. Sifuentes
Riley Safer Holmes & Cancila LLP
70 W. Madison, Suite 2900
Chicago, Illinois 60602
Phone: (312) 471-8700
Fax: (312) 471-8701
shemeryck@rshc-law.com
rperry@rshc-law.com
lklapp@rshc-law.com
rsifuentes@rshc-law.com

*Attorneys for Defendant and Counterclaim Plaintiff Constellation Energy Generation, LLC f/k/a Exelon Generation Company, LLC*