# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Energy Intelligence Group, Inc., et al.

Plaintiff,

v.

Case No.: 1:20−cv−03983
Honorable Joan B. Gottschall

Exelon Generation Co.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 1, 2022:

> MINUTE entry before the Honorable Joan B. Gottschall: The parties' joint motion (Document No. [87] in case No. 20−cv−3983) to restyle this case's caption is granted. The clerk is directed to update the docket sheets of case Nos. 20−cv−3983 and 21−cv−5689 to reflect that defendant/counterclaimant Exelon Generation Co. has changed its name to Constellation Energy Generation, LLC. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.