# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
### Eastern Division

Energy Intelligence Group, Inc., et al.

                              Plaintiff,

v.                                                         Case No.: 1:20−cv−03983

                                                                      Honorable Joan B. Gottschall

Constellation Energy Generation, LLC.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 23, 2022:

       MINUTE entry before the Honorable Joan B. Gottschall: Enter memorandum opinion and order granting the motion [51] of Energy Intelligence Group, Inc., and Energy Intelligence Group (UK) Ltd. to dismiss Constellation Energy Generation, LLC's, counterclaims for failure to state a claim. In accordance with the order, Constellation Energy Generation, LLC, may, if it wishes, file an amended answer on or before 4/13/2022. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.