# Exhibit 8

Case 1:20-cv-03983 Document 198-21 Filed 04/18/22 Page 2 of 3 PageID #:1583

# Exhibit S

| | |
|---|---|
| **Sent:** | Thursday, April 26, 2007 1:50 PM |
| **To:** | George King |
| **Subject:** | RE: VISAs and other |

Thanks George. Here are my thoughts on the "copyright" job:

We should be clear about our objectives in pursuing copyright abuse problems, because our resource allocations should follow the objectives, rather than the other way around.

We are essentially following a 2-pronged path in regards to defending our business model. On the one hand we acknowledge that our subscription model is an anachronism in the electronic age. The Advisory Service is our current proposed new model designed to overcome this problem. We all know what the status is of that program. However, we are also defending our "old" model in 2 ways: 1) suing our clients and 2) leveraging copyright abuse cases with negotiated commercial deals (Enbridge, Wachovia, Jacobs Engineering, etc.). Mark W. supervises the first strategy; I supervise the second.

It's clear from the board meeting that Mark's stated goal is to aggressively pursue the rest of our large clients with lawsuits, and in this appears to have support of board and ownership.

The question of where and how to apply resources (the "copyright" job) falls into this context. Presumably it would be to lend support to both of our subscription model defense strategies. the be endorsed by that Raja endorses this. 2-'s the substance of my note, Regarding the "copyright" job, I don't think that requires much in the way of legal skills or expertise, particularly as we have no coherent program in place nor are likely to get one, other than random entrapment efforts led by Mark. I see 2 approaches to this "position":

1. The ad hoc approach we are considering: We could finding a capable young person, intern or full-time, with good attitude and energy, to do this plus circulation work.

2. The integrated approach: find a circ/sales admin. person, same profile, to

I had a conversation with Carlos on Tuesday -- his annual review -- and we discussed the London situation and his work permit. I advised him to take more initiative in figuring out what it will take to get his work situation resolved in London. In the course of this, I also let him know that his passive attitude is a problem, particularly with his sales work, and encouraged him to do a lot of research very quickly to know what he will need to do to resolve the work permit issue. I said I would brief you on the conversation and that he could then talk to you.

thanks,
Mark

> -----Original Message-----
> **From:** George King
> **Sent:** Thursday, April 26, 2007 1:18 PM
> **To:** Tom Wallin; Mark Hoff; Lara Sidawi
> **Subject:** VISAs and other
>
> Pedro has sorted out the VISA issues and is applying for an intra company transfer type visa which entails a simple application and a payment of 190 pounds with no lawyer involvement. Apparently he should receive an answer within 30 days. Once he has an answer, we will try the same thing for Carlos. We have begun to complete the info for Carlos.

1

EXHIBIT 240

**Highly Confidential**     EIGvKayne038025

I attended the job fair last night at Pace University in connection with Sesh's job and got some resumes but no candidate in particular. I networked at the fair and interestingly found that Weil, Gotshal (law firm) was recruiting a legal assistant to work in the research area in their intellectual property group. They require tech capability interesting enough, and while I was at the fair, I came across one recent graduate with Masters in MIS who might be an interesting candidate for the copyright job with us. I suggested that we have exploratory discussions with her, and told her that the job hasn't been fully specked out. Otherwise, she seemed interested in the job and in the company.

I didn't find any appropriate candidates for Sesh's job. This will finally bring to an end the job search process for Sesh's sponsership and we will move quickly to complete the filing with DHS after which he will join a very long line of applicants for Green card.

Pedro also mentioned that Paul Clifford's salary expectations turned out to be considerably in excess of our offer and that he is no longer interested in working for us.

That's all for now.

gk

Highly Confidential

EIGvKayne038026